UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 11  A 11: 46

CLERK _J. LaVictoire_
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CASE NO.: CR506-15 |
| COREY LAMONT EVANS | ) | |

## ORDER

Defendant COREY LAMONT EVANS having filed motions, and the Defendant and the government having agreed as to the status of the motions filed by said Defendant, the Court rules on said Motions as follows:

1. **Motion for Notice Of the Government's Intent To Use Evidence**

   Said motion is unopposed and is GRANTED.

2. **Motion For Production of Rule 16(a)(1) Discovery**

   Said motion is unopposed and is GRANTED. The government shall produce any material subject to Rule 16(a)(1) not heretofore disclosed in the Government's first and second discovery disclosures to Defendant at least __5__ days prior to trial.

3. **Motion For Disclosure Of Exculpatory And Impeaching Evidence**

   Said motion is unopposed and is GRANTED.

4. **Motion For Notice By The Government Of Intention To Rely Upon Other Crimes Evidence**

   Said motion is unopposed and is GRANTED. The government shall provide any such information which has not heretofore been disclosed in the Government's first and second discovery disclosures to Defendant at least __5__ days prior to the date of trial

5. **Motion For Early Disclosure of Jencks Act Material**

   Said motion is unopposed and is GRANTED. The government shall provide any such information not otherwise heretofore disclosed in the Government's first and second discovery disclosures to Defendant at least ____5__ days prior to the date of trial.

6. **Motion For Production of Statements Of Persons Not Testifying As Government Witnesses**

   This motion is dismissed as MOOT.

7. **Motion To Disclose Grand Jury Proceedings**

   This motion is dismissed as MOOT.

8. **Motion For A List of Government Witnesses**

Said motion is GRANTED.   The government shall provide this information at time of trial.

9.  **Motion For Disclosure of Use of 807 Hearsay Residual Exception**

Said motion is unopposed and is GRANTED.   The government shall provide this information to Defendant at least __5__ days prior to the date of trial.

10. **Motion To Suppress.**

Defendant requests an evidentiary hearing thereon, which is granted.

11. **Motion to Preserve Evidence and Authority Therefor.**

Said motion is unopposed and is GRANTED.

SO ORDERED, this __11th__ day of December, 2006.

Hon. James E. Graham
United States Magistrate Judge